UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES A. HALEY,<br>　　　Plaintiff,<br><br>v.<br><br>CITY OF BOSTON, Former Boston Police Sergeant<br>Detective JOSEPH KELLEY, and Former Boston<br>Police Detective JOHN B. HARRINGTON, as well<br>as yet UNKNOWN EMPLOYEES OF THE CITY<br>OF BOSTON,<br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) No.: 1:2009cv10197-RGS<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SETTLEMENT AND REQUEST FOR NISI ORDER

Now come the Plaintiff and the Defendant City of Boston and report that they have reached a settlement agreement in this matter that resolves all claims against all parties. The parties therefore request that this court enter a sixty (60) day order of dismissal nisi.

　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,
　　　　　　　　　　　　　　　　　**Defendant,**
　　　　　　　　　　　　　　　　　**CITY OF BOSTON,**
　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　/s/ Hugh R. Curran
　　　　　　　　　　　　　　　　　Hugh R. Curran, BBO# 552623
　　　　　　　　　　　　　　　　　hcurran@bletzerlaw.com
　　　　　　　　　　　　　　　　　Bletzer & Bletzer, P.C.
　　　　　　　　　　　　　　　　　300 Market Street
　　　　　　　　　　　　　　　　　Brighton, MA 02135
　　　　　　　　　　　　　　　　　(617) 254-8900

　　　　　　　　　　　　　　　　　/s/ Evan C. Ouellette
　　　　　　　　　　　　　　　　　Evan C. Ouellette, BBO# 665943
　　　　　　　　　　　　　　　　　Brody, Hardoon, Perkins &Kesten, LLP
　　　　　　　　　　　　　　　　　One Exeter Plaza, 12th Floor
　　　　　　　　　　　　　　　　　Boston, MA 02116
　　　　　　　　　　　　　　　　　(617) 880-7100
　　　　　　　　　　　　　　　　　eouellette@bhpklaw.com

        Respectfully Submitted,
**Plaintiff,**
**JAMES A. HALEY**
By ihis attorneys,

/s/Jon Loevy
Jon Loevy
Gayle Horn
Vince Field
LOEVY & LOEVY
312 N. May St., Suite 100
Chicago, IL 60607

DATED: September 27, 2013

## CERTIFICATE OF SERVICE

    I, Evan C. Ouellette, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 27, 2013.

        /s/ *Evan C. Ouellette*
        Evan C. Ouellette