UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 09-CV-10197-RGS

|  |  |
|---|---|
| JAMES A. HALEY,<br>    Plaintiff,<br><br>v.<br><br>CITY OF BOSTON, Former Boston Police Sergeant Detective JOSEPH KELLEY, and Former Boston Police Detective JOHN B. HARRINGTON, as well as yet UNKNOWN EMPLOYEES OF THE CITY OF BOSTON,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ALL PARTIES' JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

All parties in the above-entitled action hereby jointly stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(ii) to dismiss all counts and claims as they relate to all Defendants, the City of Boston, Joseph Kelley, John B. Harrington, the estates of Joseph Kelley and John B. Harrington and any unknown employees of the City of Boston, in their individual and official capacities, with prejudice, without costs and waiving all rights of appeal.

1

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| **Defendant,** | **Plaintiff,** |
| **CITY OF BOSTON,** | **JAMES A. HALEY** |
| By its attorneys, | By its attorneys, |

/s/ Evan C. Ouellette
Evan C. Ouellette, BBO# 665943
Brody, Hardoon, Perkins &Kesten, LLP
One Exeter Plaza, 12th Floor
Boston, MA 02116
(617) 880-7100
eouellette@bhpklaw.com

/s/ Gayle Horn
LOEVY & LOEVY
312 N. May St., Suite 100
Chicago, IL 60607

/s/ Hugh R. Curran
Hugh R. Curran, BBO# 552623
Bletzer & Bletzer, P.C.
300 Market Street
Brighton, MA 02135
(617) 254-8900
hcurran@bletzerlaw.com

Dated: January 6, 2014

## CERTIFICATE OF SERVICE

I, Evan C. Ouellette, as counsel for the City of Boston, City of Boston Law Department do hereby certify that I filed a true copy of the attached documents via the CM/ ECF system.

/s/ Evan C. Ouellette
Evan C. Ouellette